AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Maine

| | |
|---|---|
| United States of America<br>v.<br>**Xavier Pelkey** | )<br>)<br>)   Case No.   1:22-mj-00022-JCN<br>)<br>)<br>)<br>) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 11, 2022___ in the county of ___Kennebec___ in the ___ District of ___Maine___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 26, United States Code, Section 5861(d) | The Defendant knowingly possessed firearms, specifically destructive devices, which were not registered to him in the National Firearms Registration and Transfer Record. |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Nathan Jacobs, attached.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Special Agent Nathan Jacobs, FBI
_Printed name and title_

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date:  Feb 11 2022

City and state:  Bangor, ME

_____
John C. Nivison U.S. Magistrate Judge
_Printed name and title_