## UNITED STATES v. XAVIER PELKEY
## Criminal No. 1:22-cr-00050-LEW

### SYNOPSIS – SUPERSEDING INDICTMENT

| | | |
|---|---|---|
| **Name:** | Xavier Pelkey | |
| **Address:** (City & State Only) | Waterville, Maine | |
| **Year of Birth and Age:** | 2003 (19 years old) | |
| **Violations:** | Count 1: | Conspiracy to provide material support to terrorists. 18 U.S.C. § 2339A. |
| | Count 2: | Possession of unregistered destructive devices. 26 U.S.C. § 5861(d). |
| **Penalties:** | Count 1: | Class C felony. Not more than 15 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 2339A(a); 18 U.S.C. § 3571(b)(3). |
| | Count 2: | Class C felony. Not more than 10 years imprisonment, and/or not more than a $250,000 fine. 26 U.S.C. § 5871; 18 U.S.C. § 3571(b)(3), (e). |
| **Supervised Release:** | Counts 1, 2: | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1, 2: | Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Counts 1, 2: | 3 years, less any term of imprisonment imposed upon the revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Christopher K. MacLean, Esq. | |

| | |
|---|---|
| **Primary Investigative Agency and Case Agent Name:** | FBI<br>Special Agent Nathan Jacobs |
| **Detention Status:** | Defendant was ordered detained following a hearing. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Kennebec |
| **AUSA:** | Craig M. Wolff |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count.<br>18 U.S.C. § 3013(a)(2)(A). |