## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XAVIER PELKEY | No. 1:22-cr-00050-LEW |

## PROSECUTION VERSION

If this case were to proceed to trial, the government would prove that from about November 2021 to about February 2022, in the District of Maine and elsewhere, the Defendant, Xavier Pelkey, conspired to provide material support to terrorists. The government would prove the following facts through witness testimony, electronic evidence, documentary evidence and tangible evidence.

Starting in about November 2021, Pelkey conspired with two minors, one located in the Chicago, Illinois area and the other located in Canada, to conduct a mass shooting at a Shia mosque in the Chicago area. Pelkey and his co-conspirators were subscribers to a radical form of Sunni Islam and believed that Shia Muslims were tantamount to non-believers and therefore appropriate targets for violent attacks. Pelkey and his co-conspirators were also supporters of the foreign terrorist organization the Islamic State, also known as ISIS.

Pelkey and his co-conspirators planned for Pelkey and the Canadian co-conspirator to travel to the Chicago area to meet the Illinois co-conspirator and commit the attack against the Shia mosque. Pelkey and his co-conspirators planned to enter the mosque, separate the adult men from the women and children, and then kill all the adult men. If, at that point, law enforcement had not intervened, they planned to travel to another Shia mosque or possibly

another house of worship and do the same thing. They planned to continue until they were shot and killed by law enforcement. The attack was to occur around March of 2022.

In addition to providing his own personal participation in the attack on the mosque, Pelkey also planned to contribute firearms, ammunition and explosives that were to be used in the attack. Pelkey discussed the planned attack and his role in it with the Illinois co-conspirator via encrypted messaging applications. Pelkey was aware that there was another co-conspirator located in Canada.

In Instagram chat conversations that occurred during the existence of the conspiracy, the Illinois co-conspirator and the Canadian co-conspirator chatted about the plan to attack the mosque. They also discussed Pelkey, referring to him as "Abdullah," a shortened version of Pelkey's Instagram username, "Abdullah.ibn.ahmad." They noted that Pelkey was attempting to obtain firearms and that he had made an explosive device.

On February 10, 2022, an FBI agent obtained search warrants for Pelkey's person and for his residence in Waterville, Maine. Agents executed the warrants the following day. Pelkey was present when agents arrived and agreed to answer questions from investigators. He confirmed that he was the owner of the Instagram account with the username Abdullah.ibn.ahmad.

Agents identified one of the rooms in the apartment as Pelkey's bedroom. In a backpack found in the corner of the bedroom, they found three handmade explosive devices. Each device consisted of several fireworks items bundled together with tape. The following is a photograph of the devices:



The FBI's Explosives Unit in Quantico, Virginia later concluded that the devices met the definition of a "destructive device" under federal law. In particular, the Explosives Unit concluded that the addition of the metal items to the bundled fireworks indicated that the devices were explosives specifically designed as weapons.

When agents first spoke with Pelkey, he told them he had "fireworks" in the apartment. After agents found the three devices described above, an agent asked him why the fireworks were taped together, and he said he wanted to make a "bigger boom." The agent then asked him why the metal items were in the devices, but he did not respond to the question.

On the wall of Pelkey's bedroom, investigators observed a hand-painted version of the flag used by ISIS. The following is a photograph of the flag, taken in the bedroom:



Agents also found a handwritten document in Pelkey's bedroom that appeared to be drafts of his public statement that would be released just prior to the Chicago attack, claiming the attack in the name of ISIS. In the statement, he pledged allegiance to ISIS and to Abu Ibrahim al-Hashimi al-Qurashi, the second "caliph," or leader, of ISIS. He also stated that he intended to "burst thru the door of Jihad in america and strike fear in the hearts of these kafirun nothing pisses these american kuffar off and scares em more than a term they use 'homegrown terrorist' and I will claim this term let them cast me as a homegrown terrorist."[1]

---

[1] "Kafirun" and "kuffar" are variations on the Arabic term for one who rejects or disbelieves in God as per Islam.

He also compared himself to other individuals who had planned or committed attacks on American soil, including Malik Faisal Akram, a British national who took four people hostage at a Texas synagogue on January 17, 2022, before being shot and killed by law enforcement agents.

Pelkey's handwritten document also included the following statement:[2]

> Ya america all my next deeds and actions are at your faults everything you mushrikin have done time and time again to my brothers and sisters from rape and imprisonment all the away to tortoure and murder you kufirun have bomb and slaughtered whole familys generations of muslims gone in one sweep by your boms do you think you can get away with this wallahi you taghut homo loving racist pricks will be striked in your homes same as us you are not safe the way you make my brothers and sisters feel all the ones you have brutal murdered likewise the muslimin sill aliv in your filthy prisons we will make you feel in your homeland to you think im the only one with a plan your all foolish we will terrorize as you have terrorized we will kill your mature kaffir men as they have slain us wallahi you mushrikin have killed to many muslims to count and I stopped after I we seek retribution for are brothers and sisters while they are at peace in Jannah in the heart of a green birds and their home is lanterns hanging from Allah subhianawatallahs throne and I will see them there soon in sha Allah.

A review of one of Pelkey's electronic devices seized under the search warrant for his residence, a Motorola Android phone, showed that Google searches were conducted on February 6, just five days before the search warrant was executed at his residence, for "is a gun shop or a pawn shop easier to buy a gun." Two days before, on February 4, searches were conducted regarding Allison Fluke-Ekren, a Kansas woman who was charged in early 2022 with providing material support to a foreign terrorist organization by organizing an all-female

---

[2] All misspellings and other errors were in the original document.

5

ISIS military battalion. Also on February 4, a Google search was conducted for "gun shop maine," and the web site of a gun shop in Fairfield, Maine was browsed for semi-automatic rifles, shotguns and handguns.

Pelkey knowingly and willfully entered into the conspiracy with the minors from Illinois and Canada. He and his co-conspirators intended to participate personally in the killing of persons at the Chicago mosque after Pelkey and the Canadian minor had traveled to Illinois, and Pelkey also intended to provide firearms, ammunition and explosives that were to be used in the attack. He intended to use the three destructive devices found in his bedroom in the attack.

Dated: March 29, 2023                              Respectfully submitted,

  /s/ Craig M. Wolff
Craig M. Wolff
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street, 6th Floor
Portland, ME  04101
(207) 780-3257
craig.wolff@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2023, I filed this **Prosecution Version** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Christopher K. MacLean, Esq.**
**chris@dirigolawgroup.com**

DARCIE N. MCELWEE
UNITED STATES ATTORNEY


   /s/ Craig M. Wolff
Craig M. Wolff
Assistant United States Attorney
